[850 NE2d 25, 817 NYS2d 210]

KEVIN BERNARD et al., Respondents, v MUSAH MUMUNI, Appellant, and SADAY ALLHASSAN, Respondent, et al., Defendant.

Decided May 9, 2006

882

**APPEARANCES OF COUNSEL**

*Rivkin Radler LLP*, New York City (*Harris J. Zakarin* of counsel), for appellant.

*Martin, Fallon & Mullé*, Huntington (*Richard C. Mullé* of counsel), for Saday Allhassan, respondent.

**OPINION OF THE COURT**

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order af-

firmed, with costs, and certified question answered in the affirmative, for the reasons stated in the opinion by Justice David Friedman at the Appellate Division (22 AD3d 186).

Concur: Chief Judge KAYE and Judges G.B. SMITH, CIPARICK, ROSENBLATT, GRAFFEO and READ. Judge R.S. SMITH dissents and votes to reverse for the reasons stated in the dissenting opinion by Justice John W. Sweeny at the Appellate Division (22 AD3d 186, 191-193).